# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BREITENBACH, JOHN J | § | Case No. 17-23519 |
| BREITENBACH, REGENA A. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  13  of the United States Bankruptcy Code was filed on  08/07/2017 .  The case was converted to one under Chapter 7 on  11/16/2017 .  The undersigned trustee was appointed on  11/21/2017 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $              34,632.33

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 552.07 |
| Bank service fees | 253.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 33,827.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/23/2018  and the deadline for filing governmental claims was  03/23/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,086.20 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,086.20 , for a total compensation of $ 4,086.20 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.05 , for total expenses of $ 13.05 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2018_____    By:/s/GINA B. KROL_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 17-23519   JSB   Judge: JANET S. BAER |
| Case Name: | BREITENBACH, JOHN J |
| | BREITENBACH, REGENA A. |
| For Period Ending: | 08/22/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 11/16/17 (c) |
| 341(a) Meeting Date: | 12/19/17 |
| Claims Bar Date: | 03/23/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Single-family home, Via Zillow on July 21, 2017, | 258,446.00 | 0.00 | | 0.00 | FA |
| 2. | Land, Vacant Land in Wisconsin - 20 Acres of Plot | 34,000.00 | 0.00 | | 29,902.44 | FA |
| 3. | 2016 Ford Fusion (Value via CarMax on June 15, 201 | 12,500.00 | 0.00 | | 0.00 | FA |
| 4. | Household Goods and Furnishings located at 809 Cyp | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. | Cellular Phone and Electronic Items | 320.00 | 0.00 | | 0.00 | FA |
| 6. | Personal Clothing of Debtors | 650.00 | 0.00 | | 0.00 | FA |
| 7. | Rings and Jewelry Items | 480.00 | 0.00 | | 0.00 | FA |
| 8. | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 9. | Bank of America | 624.00 | 0.00 | | 0.00 | FA |
| 10. | Bank of America | 2,079.00 | 0.00 | | 0.00 | FA |
| 11. | Citibank | 3,923.00 | 0.00 | | 0.00 | FA |
| 12. | Bank of America | 1,124.00 | 0.00 | | 0.00 | FA |
| 13. | Bank of America IRA | 57,159.00 | 0.00 | | 0.00 | FA |
| 14. | Citibank IRA   NON-exempt inherited IRA | 4,278.00 | 0.00 | | 4,729.89 | FA |
| | TOTALS (Excluding Unknown Values) | $377,183.00 | $0.00 | | $34,632.33 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/31/18        Current Projected Date of Final Report (TFR): 09/30/18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-23519    JSB    Judge: JANET S. BAER | |
| Case Name: | BREITENBACH, JOHN J | |
| | BREITENBACH, REGENA A. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 11/16/17 (c) |
| 341(a) Meeting Date: | 12/19/17 |
| Claims Bar Date: | 03/23/18 |

/s/    GINA B. KROL

_____ Date: 08/22/18
GINA B. KROL

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 17-23519 -JSB |
| Case Name: | BREITENBACH, JOHN J |
| | BREITENBACH, REGENA A. |
| Taxpayer ID No: | *******8241 |
| For Period Ending: | 08/22/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8093  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/17 | 2 | Glenn Stearns | Sale Proceeds | 1110-000 | 29,902.44 | | 29,902.44 |
| | | PO Box 586 | | | | | |
| | | Lisle, IL 60532 | | | | | |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 29,892.44 |
| 01/15/18 | 14 | Citigroup | Bank Account | | 4,189.40 | | 34,081.84 |
| | | 390-388 Greenwich St. | | | | | |
| | | New York, NY  1013 | | | | | |
| | | CITIGROUP | Memo Amount:        4,729.89 | 1129-000 | | | |
| | | | Bank Account | | | | |
| | | | Memo Amount:       (     465.49 ) | 2810-000 | | | |
| | | | Taxes Withheld | | | | |
| | | | Memo Amount:       (      75.00 ) | 2990-000 | | | |
| | | | Bank Fee | | | | |
| 02/07/18 | 030001 | International Sureties | BOND | 2300-000 | | 11.58 | 34,070.26 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.65 | 34,022.61 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.70 | 33,976.91 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.51 | 33,926.40 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.81 | 33,877.59 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.37 | 33,827.22 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 34,091.84 | 264.62 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 17-23519  -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BREITENBACH, JOHN J | | Bank Name: | ASSOCIATED BANK |
| | BREITENBACH, REGENA A. | | Account Number / CD #: | *******8093  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8241 | | | |
| For Period Ending: | 08/22/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 4,729.89 | COLUMN TOTALS | | 34,091.84 | 264.62 | 33,827.22 |
| Memo Allocation Disbursements: | 540.49 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 34,091.84 | 264.62 | |
| Memo Allocation Net: | 4,189.40 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 34,091.84 | 264.62 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,729.89 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 540.49 | Checking Account (Non-Interest Earn - *******8093 | 34,091.84 | 264.62 | 33,827.22 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 4,189.40 | | 34,091.84 | 264.62 | 33,827.22 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 20.00j

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: July 11, 2018 |

Case Number:   17-23519

Priority Sequence

Debtor Name:   BREITENBACH, JOHN J

Joint Debtor: BREITENBACH, REGENA A.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,677.50 | $2,677.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $22.16 | $22.16 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $4,086.20 | $4,086.20 | $4,086.20 |
| 001<br>2200-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $13.05 | $13.05 |
| 000001<br>050<br>4120-00 | FORD MOTOR CREDIT COMPANY LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Secured | Trustee filed 3012 Motion seeking to have claim disallowed as to the Estate | $0.00 | $16,524.69 | $16,524.69 |
| 000006<br>050<br>4120-00 | CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 | Secured | Trustee filed 3012 Motion seeking to have claim disallowed as to the Estate | $0.00 | $77,844.05 | $77,844.05 |
| 000002<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $218.06 | $218.06 |
| 000003<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA), N.A<br>CAPITAL ONE BANK, N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $9,751.34 | $9,751.34 |
| 000004<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to BARCLAYS BANK DELAWARE<br>(JUNIPER)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $3,393.06 | $3,393.06 |
| 000005<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A. -<br>CABELA'S<br>CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $0.00 | $4,817.23 | $4,817.23 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: July 11, 2018 |

Case Number:   17-23519                                                                          Priority Sequence
Debtor Name:   BREITENBACH, JOHN J                                                         Joint Debtor:  BREITENBACH, REGENA A.

| Code # | Creditor Name & Address | Claim Class | Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | | | $0.00 | $7,218.80 | $7,218.80 |
| 999<br>8200-00 | JOHN J BREITENBACH<br>REGENA A. BREITENBACH<br>809 CYPRESS COURT<br>ROSELLE, IL  60172 | Unsecured | | | | $0.00 | $0.00 | $1,270.35 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | Administrative | 2221918093 | 02/07/18 | 30001 | $0.00 | $11.58<br>11.58 | $11.58 |
| | Case Totals: | | | | | $4,086.20 | $126,577.72 | $127,848.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-23519
Case Name: BREITENBACH, JOHN J
         BREITENBACH, REGENA A.
Trustee Name: GINA B. KROL

Balance on hand                                    $        33,827.22

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $        4,086.20 | $        0.00 | $        4,086.20 |
| Trustee Expenses: GINA B. KROL | $        13.05 | $        0.00 | $        13.05 |
| Attorney for Trustee Fees: Cohen & Krol | $        2,677.50 | $        0.00 | $        2,677.50 |
| Other: International Sureties | $        11.58 | $        11.58 | $        0.00 |
| Other: Cohen & Krol | $        22.16 | $        0.00 | $        22.16 |

Total to be paid for chapter 7 administrative expenses        $        6,798.91

Remaining Balance        $        27,028.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,398.49  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $      218.06 | $      0.00 | $      218.06 |
| 000003 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA), N.A CAPITAL ONE BANK, N.A. POB 41067 Norfolk, VA 23541 | $    9,751.34 | $      0.00 | $    9,751.34 |
| 000004 | Portfolio Recovery Associates, LLC Successor to BARCLAYS BANK DELAWARE (JUNIPER) POB 41067 Norfolk, VA 23541 | $    3,393.06 | $      0.00 | $    3,393.06 |
| 000005 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | $    4,817.23 | $      0.00 | $    4,817.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | TD Bank USA, N.A. C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $       7,218.80 | $            0.00 | $       7,218.80 |

Total to be paid to timely general unsecured creditors        $_____ 25,398.49

Remaining Balance        $_____ 1,629.82

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  1.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 359.47 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,270.35 .