IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| JOHN J. BREITENBACH, | ) | 17-23519 |
| REGENA A. BREITNBACH, | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on August 23, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300

BY:/s/ Gina B. Krol
Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-23519<br>Northern District of Illinois<br>Chicago<br>Wed Aug 22 15:15:00 CDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Abn Amro Mortgage Group/Citi<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 | BMO Harris<br>Attn: Bankruptcy<br>770 N Water St<br>Milwaukee, WI 53202-0002 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 | CAPITAL ONE BANK (USA), N.A. - CABELA'S<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Comenity Bank<br>Po Box 182125<br>Columbus, OH 43218-2125 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0291 | Internal Revenue Service (IRS)<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV  PO Box 9475<br>Minneapolis, MN 55440-9475 | Worlds Foremost Bank<br>4800 Nw 1st St Ste 300<br>Lincoln, NE 68521-4463 |
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | John J Breitenbach<br>809 Cypress Court<br>Roselle, IL 60172-3020 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Regena A. Breitenbach<br>809 Cypress Court<br>Roselle, IL 60172-3020 | Steven L Walker<br>Lynch Law Offices, P.C.<br>1011 Warrenville Road, Suite 150<br>Lisle, IL 60532-0930 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FORD MOTOR CREDIT COMPANY LLC
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962

Portfolio Recovery Associates, LLC
Successor to BARCLAYS BANK DELAWARE
(JUNIPER)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA), N.A
CAPITAL ONE BANK, N.A.
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Harris Bank N.A.

(u)FORD MOTOR CREDIT COMPANY LLC

(d)Gina B. Krol
Cohen & Krol
105 West Madison Street Suite 1100
Chicago, IL 60602-4600

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: § | |
| § | |
| BREITENBACH, JOHN J § | Case No. 17-23519 JSB |
| BREITENBACH, REGENA A. § | |
| § | |
| Debtors § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/28/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2018            By: Gina B. Krol
                                       Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
BREITENBACH, JOHN J § Case No. 17-23519 JSB
BREITENBACH, REGENA A. §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,632.33 |
| and approved disbursements of | $ | 805.11 |
| leaving a balance on hand of[1] | $ | 33,827.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,086.20 | $ 0.00 | $ 4,086.20 |
| Trustee Expenses: GINA B. KROL | $ 26.10 | $ 0.00 | $ 26.10 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,677.50 | $ 0.00 | $ 2,677.50 |
| Other: International Sureties | $ 11.58 | $ 11.58 | $ 0.00 |
| Other: Cohen & Krol | $ 22.16 | $ 0.00 | $ 22.16 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,811.96 |
| Remaining Balance | $ 27,015.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,398.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 218.06 | $ 0.00 | $ 218.06 |
| 000003 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA), N.A CAPITAL ONE BANK, N.A. POB 41067 Norfolk, VA 23541 | $ 9,751.34 | $ 0.00 | $ 9,751.34 |
| 000004 | Portfolio Recovery Associates, LLC Successor to BARCLAYS BANK DELAWARE (JUNIPER) POB 41067 Norfolk, VA 23541 | $ 3,393.06 | $ 0.00 | $ 3,393.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | $ 4,817.23 | $ 0.00 | $ 4,817.23 |
| 000007 | TD Bank USA, N.A. C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 7,218.80 | $ 0.00 | $ 7,218.80 |
| | Total to be paid to timely general unsecured creditors | | $ | 25,398.49 |
| | Remaining Balance | | $ | 1,616.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 1.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 346.42 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,270.35 .

                            Prepared By: /s/GINA B. KROL
                                                         Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.