UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In Re: § | |
| § | |
| BREITENBACH, JOHN J § | Case No. 17-23519 JSB |
| BREITENBACH, REGENA A. § | |
| § | |
| Debtors § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 239,436.00                    Assets Exempt: 99,789.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 25,757.96     Claims Discharged
                                                Without Payment: 78,043.00

Total Expenses of Administration: 7,604.02

---

3) Total gross receipts of $ 34,632.33  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,270.35  (see **Exhibit 2**), yielded net receipts of $ 33,361.98  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 250,500.00 | $ 94,368.74 | $ 94,368.74 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,604.02 | 7,604.02 | 7,604.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,043.00 | 25,398.49 | 25,398.49 | 25,757.96 |
| **TOTAL DISBURSEMENTS** | $ 328,543.00 | $ 127,371.25 | $ 127,371.25 | $ 33,361.98 |

  4) This case was originally filed under chapter 13 on 08/07/2017 , and it was converted to chapter 7 on 11/16/2017 . The case was pending for 12 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2018  By:/s/GINA B. KROL
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Land, Vacant Land in Wisconsin - 20 Acres of Plot | 1110-000 | 29,902.44 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 4,729.89 |
| **TOTAL GROSS RECEIPTS** | | **$ 34,632.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN J BREITENBACH | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,270.35 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,270.35** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Group/Citi PO Box 6243 Sioux Falls, SD 57117-6243 | | 82,270.00 | NA | NA | 0.00 |
| | BMO Harris Attn: Bankruptcy 770 N Water St Milwaukee, WI 53202 | | 150,119.00 | NA | NA | 0.00 |
| | Ford Motor Credit National Bankruptcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 18,111.00 | NA | NA | 0.00 |
| 000006 | CITIMORTGAGE, INC. | 4120-000 | NA | 77,844.05 | 77,844.05 | 0.00 |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | 4120-000 | NA | 16,524.69 | 16,524.69 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 250,500.00 | $ 94,368.74 | $ 94,368.74 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 4,086.20 | 4,086.20 | 4,086.20 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 13.05 | 13.05 | 13.05 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | 2300-000 | NA | 11.58 | 11.58 | 11.58 |
| ASSOCIATED BANK | 2600-000 | NA | 253.04 | 253.04 | 253.04 |
| Taxes Withheld | 2810-000 | NA | 465.49 | 465.49 | 465.49 |
| Bank Fee | 2990-000 | NA | 75.00 | 75.00 | 75.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,785.00 | 1,785.00 | 1,785.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 892.50 | 892.50 | 892.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 22.16 | 22.16 | 22.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,604.02 | $ 7,604.02 | $ 7,604.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy SectionPO Box 64338Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service (IRS) PO Box 7346Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 31,821.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 100 S West St Wilmington, DE 19801 | | 3,356.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Attn: Bankruptcy Po Box 30253 Salt Lake City, UT 84130 | | 9,751.00 | NA | NA | 0.00 |
| | Chase Card Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 12,302.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Cr Srvs/Centralized Bankruptcy Po Box 790040 S Louis, MO 63129 | | 138.00 | NA | NA | 0.00 |
| | Comenity Bank Po Box 182125 Columbus, OH 43218 | | 8,320.00 | NA | NA | 0.00 |
| | Kohls/Capital One Kohls Credit Po Box 3043 Milwaukee, WI 53201 | | 218.00 | NA | NA | 0.00 |
| | Synchrony Bank Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 400.00 | NA | NA | 0.00 |
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV PO Box 9475 Minneapolis, MN 55440 | | 7,034.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Worlds Foremost Bank 4800 Nw 1st St Ste 300 Lincoln, NE 68521 | | 4,703.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. - CABE | 7100-900 | NA | 4,817.23 | 4,817.23 | 4,817.23 |
| 000002 | CAPITAL ONE, N.A. | 7100-900 | NA | 218.06 | 218.06 | 218.06 |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 9,751.34 | 9,751.34 | 9,751.34 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 3,393.06 | 3,393.06 | 3,393.06 |
| 000007 | TD BANK USA, N.A. | 7100-900 | NA | 7,218.80 | 7,218.80 | 7,218.80 |
| | CAPITAL ONE BANK (USA), N.A. - CABE | 7990-000 | NA | NA | NA | 64.93 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 2.94 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 177.17 |
| | TD BANK USA, N.A. | 7990-000 | NA | NA | NA | 97.30 |
| | BREITENBACH, JOHN J | 7990-002 | NA | NA | NA | 17.13 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 78,043.00 | $ 25,398.49 | $ 25,398.49 | $ 25,757.96 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 17-23519   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BREITENBACH, JOHN J | Date Filed (f) or Converted (c): | 11/16/17 (c) |
| | BREITENBACH, REGENA A. | 341(a) Meeting Date: | 12/19/17 |
| For Period Ending: | 11/07/18 | Claims Bar Date: | 03/23/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Via Zillow on July 21, 2017, | 258,446.00 | 0.00 | | 0.00 | FA |
| 2. Land, Vacant Land in Wisconsin - 20 Acres of Plot | 34,000.00 | 0.00 | | 29,902.44 | FA |
| 3. 2016 Ford Fusion (Value via CarMax on June 15, 201 | 12,500.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods and Furnishings located at 809 Cyp | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Cellular Phone and Electronic Items | 320.00 | 0.00 | | 0.00 | FA |
| 6. Personal Clothing of Debtors | 650.00 | 0.00 | | 0.00 | FA |
| 7. Rings and Jewelry Items | 480.00 | 0.00 | | 0.00 | FA |
| 8. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 9. Bank of America | 624.00 | 0.00 | | 0.00 | FA |
| 10. Bank of America | 2,079.00 | 0.00 | | 0.00 | FA |
| 11. Citibank | 3,923.00 | 0.00 | | 0.00 | FA |
| 12. Bank of America | 1,124.00 | 0.00 | | 0.00 | FA |
| 13. Bank of America IRA | 57,159.00 | 0.00 | | 0.00 | FA |
| 14. Citibank IRA NON-exempt inherited IRA | 4,278.00 | 0.00 | | 4,729.89 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $377,183.00   $0.00   $34,632.33   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 19, 2018, 01:37 pm

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-23519 JSB Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | BREITENBACH, JOHN J | Date Filed (f) or Converted (c): 11/16/17 (c) |
| | BREITENBACH, REGENA A. | 341(a) Meeting Date: 12/19/17 |
| | | Claims Bar Date: 03/23/18 |

Initial Projected Date of Final Report (TFR): 05/31/18    Current Projected Date of Final Report (TFR): 09/30/18

/s/    GINA B. KROL
_____ Date: 11/07/18
GINA B. KROL

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 20.02

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-23519 -JSB |
| Case Name: | BREITENBACH, JOHN J |
| | BREITENBACH, REGENA A. |
| Taxpayer ID No: | *******8241 |
| For Period Ending: | 11/07/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8093 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/17 | 2 | Glenn Stearns<br>PO Box 586<br>Lisle, IL 60532 | Sale Proceeds | 1110-000 | 29,902.44 | | 29,902.44 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 29,892.44 |
| 01/15/18 | 14 | Citigroup<br>390-388 Greenwich St.<br>New York, NY 1013 | Bank Account | | 4,189.40 | | 34,081.84 |
| | | CITIGROUP | Memo Amount: 4,729.89<br>Bank Account | 1129-000 | | | |
| | | | Memo Amount: ( 465.49 )<br>Taxes Withheld | 2810-000 | | | |
| | | | Memo Amount: ( 75.00 )<br>Bank Fee | 2990-000 | | | |
| 02/07/18 | 030001 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 11.58 | 34,070.26 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.65 | 34,022.61 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.70 | 33,976.91 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.51 | 33,926.40 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.81 | 33,877.59 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.37 | 33,827.22 |
| 09/28/18 | 030002 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,785.00 | 32,042.22 |
| 09/28/18 | 030003 | Cohen & Krol<br>105 W. Madison St. | Final Distribution<br>Attorney's Expenses | 3120-000 | | 22.16 | 32,020.06 |

Page Subtotals     34,091.84     2,071.78

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 17-23519 -JSB |
| Case Name: | BREITENBACH, JOHN J |
| | BREITENBACH, REGENA A. |
| Taxpayer ID No: | *******8241 |
| For Period Ending: | 11/07/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8093  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/18 | 030004 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fee | 2100-000 | | 4,086.20 | 27,933.86 |
| 09/28/18 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Trustee Fee | 2200-000 | | 13.05 | 27,920.81 |
| 09/28/18 | 030006 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Attorneys' Fee | 3110-000 | | 892.50 | 27,028.31 |
| 09/28/18 | 030007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution<br><br>Claim        218.06<br>Interest        2.94 | <br><br>7100-900<br>7990-000 | | 221.00 | 26,807.31 |
| 09/28/18 | 030008 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA), N.A<br>CAPITAL ONE BANK, N.A.<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution<br><br><br><br>Claim      9,751.34<br>Interest       131.44 | <br><br><br><br>7100-900<br>7990-000 | | 9,882.78 | 16,924.53 |
| 09/28/18 | 030009 | Portfolio Recovery Associates, LLC<br>Successor to BARCLAYS BANK DELAWARE<br>(JUNIPER) | Final Distribution | | | 3,438.79 | 13,485.74 |

Page Subtotals           0.00      18,534.32

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-23519 -JSB | |
| Case Name: | BREITENBACH, JOHN J | |
| | BREITENBACH, REGENA A. | |
| Taxpayer ID No: | *******8241 | |
| For Period Ending: | 11/07/18 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8093 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/18 | 030010 | POB 41067<br>Norfolk, VA 23541 | Claim 3,393.06<br>Interest 45.73 | 7100-900<br>7990-000 | | 4,882.16 | 8,603.58 |
| | | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Final Distribution<br>(5-1) Account Number (last 4 digits):1818 | | | | |
| 09/28/18 | 030011 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 4,817.23<br>Interest 64.93<br>Final Distribution | 7100-900<br>7990-000 | | 7,316.10 | 1,287.48 |
| 09/28/18 | 030012 | JOHN J BREITENBACH<br>REGENA A. BREITENBACH<br>809 CYPRESS COURT<br>ROSELLE, IL 60172 | Claim 7,218.80<br>Interest 97.30<br>Final Distribution<br>Surplus Funds | 7100-900<br>7990-000 | | 1,287.48 | 0.00 |
| | | | Claim 1,270.35<br>Interest 17.13 | 8200-002<br>7990-000 | | | |

Page Subtotals 0.00 13,485.74

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-23519 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BREITENBACH, JOHN J | Bank Name: | ASSOCIATED BANK |
| | BREITENBACH, REGENA A. | Account Number / CD #: | *******8093 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8241 | | |
| For Period Ending: | 11/07/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 4,729.89 | COLUMN TOTALS | 34,091.84 | 34,091.84 | 0.00 |
| Memo Allocation Disbursements: | 540.49 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 34,091.84 | 34,091.84 | |
| Memo Allocation Net: | 4,189.40 | Less: Payments to Debtors | | 1,287.48 | |
| | | Net | 34,091.84 | 32,804.36 | |
| | | | | | |
| Total Allocation Receipts: | 4,729.89 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 540.49 | Checking Account (Non-Interest Earn - *******8093 | 34,091.84 | 32,804.36 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 4,189.40 | | 34,091.84 | 32,804.36 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 20.02

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*